No. 423, Misc.   AKERS *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 438, Misc.   WILLIAMS *v.* MYERS, PENITENTIARY SUPERINTENDENT.   Supreme Court of Pennsylvania. Certiorari denied.

No. 442, Misc.   McNUTT *v.* TEXAS ET AL.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 444, Misc.   KING *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 447, Misc.   STANLEY *v.* NEW YORK.   Appellate Division, Supreme Court of New York, First Judicial Department.   Certiorari denied.

No. 450, Misc.   HARRISON *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 456, Misc.   RUCKER *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin* for the United States.

No. 481, Misc.   STEVENS *v.* ADAMS, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 494, Misc.   MAHURIN *v.* WAGGONER ET AL.   Supreme Court of Missouri.   Certiorari denied.